## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL No. 2387

### TRANSFER ORDER

**Before the Panel:**[*] Pursuant to 28 U.S.C. § 1407, defendant Coloplast Corp. (Coloplast) moves to centralize this litigation in the Southern District of West Virginia. The motion encompasses thirteen actions listed on Schedule A.[1]

Mentor Worldwide LLC (Mentor), which is a defendant in eleven of the thirteen actions, states that it does not oppose the motion for centralization. Plaintiffs in nine of the thirteen actions oppose the motion,[2] as does plaintiff in a potential tag-along action (*Channell*) pending in the Northern District of Texas. TEI Biosciences, Inc. (TEI), which is a defendant in the Middle District of Florida *White* action, opposes inclusion of that action in the MDL, if one is created. In the alternative, TEI requests that the claims in *White* against it be separated and remanded to the Middle District of Florida.

On the basis of the papers filed and hearing session held, we find that these thirteen actions involve common questions of fact, and that centralization in the Southern District of West Virginia will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The subject actions share factual issues arising from allegations that defects in Coloplast's pelvic surgical mesh products cause various and serious injuries to women who are treated with the products to address certain medical conditions (*e.g.*, pelvic organ prolapse and stress urinary incontinence). Centralization will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary. Centralization is consistent with our recent decision creating separate pelvic repair product MDLs involving defendants American Medical Systems, Inc., Boston Scientific Corp., and Ethicon, Inc. (and entities related thereto), *see In re: American Med. Sys., Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, — F.

---

[*]     Judge Charles R. Breyer took no part in the decision of this matter.

[1]     Coloplast states that it is aware of a total of 24 federal actions in which it has been sued. These actions and any other related actions are potential tag-along actions. *See* Panel Rules 1.1(h), 7.1, and 7.2.

[2]     The nine actions are one of the three Middle District of Florida actions (*Lariscy*), one of the two Northern District of Illinois actions (*Marrero*), the Southern District of Illinois action, the District of Kansas action, the Eastern District of Missouri action, the three Western District of Missouri actions, and the Eastern District of Pennsylvania actions.

- 2 -

Supp. 2d —, 2012 WL 432533 (J.P.M.L. Feb. 7, 2012), as well as our earlier decisions in *In re: Avaulta Pelvic Support Sys. Prods. Liab. Litig.*, 746 F. Supp. 2d 1362, 1363 (J.P.M.L. 2010); and *In re: Mentor Corp. ObTape Transobturator Sling Prods. Liab. Litig.*, 588 F. Supp. 2d 1374 (J.P.M.L. 2008). Indeed, plaintiffs in the ten actions who oppose Coloplast's motion do not dispute that MDL treatment for these actions is warranted. Rather, they argue that the actions should be included in the Mentor MDL (MDL No. 2004), and, to that end, have filed a motion to expand the scope of that docket.[3]

   In opposing inclusion of the *White* action in the centralized proceedings, TEI argues that the TEI product (Surgimend) at issue in *White* differs significantly from the Coloplast products in that, *inter alia*, it is not a synthetic mesh product, and it was not manufactured or sold for use in pelvic floor reconstruction procedures. TEI contends that the use of Surgimend in treating the subject plaintiff in *White* was inappropriate and off-label, and that, as a result, the action will require substantial unique discovery involving the individual physicians and facilities involved in the plaintiff's treatment. After reviewing the First Amended Complaint in *White*, however, we are not persuaded that either *White* or the claims in *White* against TEI should be excluded from the MDL. That pleading indicates that the plaintiff's alleged injuries from the use of Surgimend and the Coloplast product are indivisible, and that the two products were used in surgical procedures on the plaintiff that were performed back-to-back on the same day. To the extent that *White* involves issues unique to TEI, the transferee judge can structure pretrial proceedings so that discovery with respect to such issues can proceed concurrently with discovery on common issues. *See In re: Method of Processing Ethanol Byproducts & Related Subsystems ('858) Patent Litig.*, 730 F. Supp. 2d 1380, 1382 (J.P.M.L. 2004).

   We conclude that the Southern District of West Virginia is an appropriate transferee district for pretrial proceedings in this litigation. According to Coloplast, nine of the 24 federal actions in which it is named are already in one or the other of the four pelvic repair product MDLs presently pending in that district before the Honorable Joseph R. Goodwin – as those nine actions involve not only a Coloplast product but also one or more products at issue in those MDLs.[4] Were we to centralize the Coloplast actions in a district other than the Southern District of West Virginia, we would be strongly inclined to leave those nine actions where they are, as transferring them to a new MDL would almost certainly disrupt the ongoing pretrial proceedings, prejudice the non-Coloplast defendants named therein, and likely run afoul (in some or all cases) of our previous determination

---

   [3]   For the reasons set forth in a separate order that we are issuing in that docket, we are denying that motion. We note that at oral argument, counsel for plaintiffs moving to expand the scope of MDL No. 2004 acknowledged that creation of a separate Coloplast MDL might be warranted, but argued that in that event, the litigation should be centralized in the Middle District of Georgia, where MDL No. 2004 is pending.

   [4]   The four MDLs are MDL No. 2187, In re: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation, MDL No. 2325, In re: American Medical Systems, Inc., Pelvic Repair System Products Litigation, MDL No. 2326, In re: Boston Scientific Corp. Pelvic Repair System Products Litigation, and MDL No. 2327, In re: Ethicon, Inc., Pelvic Repair System Products Litigation.

- 3 -

to transfer any multi-product, multi-defendant pelvic repair product action to the MDL involving the defendant first named in the complaint. *See In re: American Med. Sys., Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2012 WL 432533, at *1 n.4 & *2. Centralization in the Southern District of West Virginia moots such issues, and will make it appreciably easier for the transferee court to supervise pretrial proceedings in all related actions.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A are transferred to the Southern District of West Virginia, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Barbara S. Jones | Paul J. Barbadoro |
| Marjorie O. Rendell | |

**IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION**                    MDL No. 2387

## SCHEDULE A

Middle District of Florida

Denise Jean D'Agaro Jacobs, et al. v. Mentor Corporation, et al., C.A. No. 8:10-02429
Rhonda Lariscy, et al. v. Mentor Worldwide, LLC, C.A. No. 8:11-02377
Mary Joe White, et al. v. Coloplast Corporation, C.A. No. 8:12-00061

Northern District of Illinois

Gladys Marrero, et al. v. Mentor Worldwide, LLC, et al., C.A. No. 1:12-01829
Martha Gustafson, et al. v. Coloplast, Inc., et al., C.A. No. 1:12-03292

Southern District of Illinois

Ann M. Williams, et al. v. Mentor Worldwide, LLC, et al., C.A. No. 3:12-00321

District of Kansas

Patricia Purvis v. Mentor Worldwide, LLC, et al., C.A. No. 2:12-02212

Eastern District of Missouri

Lois Wolz, et al. v. Mentor Worldwide, LLC, et al., C.A. No. 4:12-00698

Western District of Missouri

Melissa M. Renaud, et al. v. Mentor Worldwide, LLC, et al., C.A. No. 4:12-00465
Mildred C. Watts, et al. v. Mentor Worldwide, LLC, et al., C.A. No. 4:12-00466
Alvonia B. Fisher, et al. v. Mentor Worldwide, LLC, et al., C.A. No. 4:12-00467

Western District of Oklahoma

Connie Waldrop, et al. v. Mentor Worldwide, LLC, et al., C.A. No. 5:12-00532

Eastern District of Pennsylvania

June C. Hess v. Mentor Worldwide, LLC, et al., C.A. No. 2:12-01919



**Activity in Case MDL No. 2387 IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation Initial Transfer Order  (Transferee Clerk)**
JPMLCMECF  to:  JPMLCMDECF                                      08/06/2012 04:53 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 8/6/2012 at 4:51 PM EDT and filed on 8/6/2012

| | |
|---|---|
| **Case Name:** | IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation |
| **Case Number:** | MDL No. 2387 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321,**

**KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | D'Agaro Jacobs et al v. Mentor Corporation et al |
| **Case Number:** | FLM/8:10-cv-02429 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Purvis v. Mentor Worldwide, LLC et al |
| **Case Number:** | KS/2:12-cv-02212 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Fisher et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | MOW/4:12-cv-00467 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case**

**Management: A Guide for Multidistrict Litigation Transferee Court Clerks** and the **District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | HESS v. MENTOR WORLDWIDE, LLC et al |
| **Case Number: Filer:** | PAE/2:12-cv-01919 |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Gustafson et al v. Coloplast, Inc. et al |
| **Case Number: Filer:** | ILN/1:12-cv-03292 |

**Document
Number:**           No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to
your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, states...An order to transfer or remand pursuant to 28
U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee
district court.

Information to assist in managing the MDL is available on the Clerk Resources
page of the Panel website including: a Letter to Transferee Clerks with relevant
information pertaining to transfer of files and termination and remand of
transferred actions; and publications such as the Ten Steps To Better Case
Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the
District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.

Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377,
FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321,
KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466,
MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)

**Case Name:**      Waldrop et al v. Mentor Worldwide LLC et
                    al
**Case Number:**    OKW/5:12-cv-00532
**Filer:**
**Document
Number:**           No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to
your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, states...An order to transfer or remand pursuant to 28
U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee
district court.

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Marrero, et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | ILN/1:12-cv-01829 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466,**

**MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Renaud et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | MOW/4:12-cv-00465 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Williams et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | ILS/3:12-cv-00321 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.

Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)

| | |
|---|---|
| **Case Name:** | White et al v. Coloplast Corporation |
| **Case Number:** | FLM/8:12-cv-00061 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Watts et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | MOW/4:12-cv-00466 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Lariscy et al v. Mentor Worldwide LLC |
| **Case Number:** | FLM/8:11-cv-02377 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Wolz et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | MOE/4:12-cv-00698 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources**

page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/6/2012.

Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)

No public notice (electronic or otherwise) sent because the entry is private



**Activity in Case MDL No. 2387 IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation**
JPMLCMECF  to:  JPMLCMDECF                                          08/06/2012 04:53 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## United States

### United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 8/6/2012 at 4:50 PM EDT and filed on 8/6/2012

| | |
|---|---|
| **Case Name:** | IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation |
| **Case Number:** | MDL No. 2387 |
| **Filer:** | |
| **Document Number:** | 32 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ([1] in MDL No. 2387)* **Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | D'Agaro Jacobs et al v. Mentor Corporation et al |
| **Case Number:** | FLM/8:10-cv-02429 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2387)* **Transferring 13 action(s) to**

**Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Purvis v. Mentor Worldwide, LLC et al |
| **Case Number:** | KS/2:12-cv-02212 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2387)*  **Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Fisher et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | MOW/4:12-cv-00467 |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2387)*  **Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321,**

**KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | HESS v. MENTOR WORLDWIDE, LLC et al |
| **Case Number:** | PAE/2:12-cv-01919 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2387)*  Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Gustafson et al v. Coloplast, Inc. et al |
| **Case Number:** | ILN/1:12-cv-03292 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2387)*  Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Waldrop et al v. Mentor Worldwide LLC et al |
| **Case Number:** | OKW/5:12-cv-00532 |
| **Filer:** | |
| **Document** | |

**Number:**  23

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2387)*  Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Marrero, et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | ILN/1:12-cv-01829 |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2387)*  Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Renaud et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | MOW/4:12-cv-00465 |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2387)*  Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Williams et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | ILS/3:12-cv-00321 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2387)* **Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | White et al v. Coloplast Corporation |
| **Case Number:** | FLM/8:12-cv-00061 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [1] in MDL No. 2387)* **Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466,**

**MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Watts et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | MOW/4:12-cv-00466 |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2387)*  Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Lariscy et al v. Mentor Worldwide LLC |
| **Case Number:** | FLM/8:11-cv-02377 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2387)*  Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

| | |
|---|---|
| **Case Name:** | Wolz et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | MOE/4:12-cv-00698 |
| **Filer:** | |
| **Document Number:** | 23 |

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [1] in MDL No. 2387)*  Transferring 13 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 8/6/2012.**

**Associated Cases: MDL No. 2387, FLM/8:10-cv-02429, FLM/8:11-cv-02377, FLM/8:12-cv-00061, ILN/1:12-cv-01829, ILN/1:12-cv-03292, ILS/3:12-cv-00321, KS/2:12-cv-02212, MOE/4:12-cv-00698, MOW/4:12-cv-00465, MOW/4:12-cv-00466, MOW/4:12-cv-00467, OKW/5:12-cv-00532, PAE/2:12-cv-01919 (dld)**

**MDL No. 2387 Notice has been electronically mailed to:**

**MDL No. 2387 Notice will not be electronically mailed to:**

**FLM/8:10-cv-02429 Notice has been electronically mailed to:**

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, cbrumfield@awkolaw.com

Kent G. Whittemore kwhittemore@wherejusticematters.com

Ronn B. Kreps rkreps@fulbright.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, elizabeth.werner@tuckerellis.com

David J. Walz dwalz@carltonfields.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Bryan F. Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, lhaley@awkolaw.com

Fidelma L. Fitzpatrick ffitzpatrick@motleyrice.com

Jonathan D. Orent jorent@motleyrice.com

D. Renee Baggett rbaggett@awkolaw.com

Olufemi O. Solade osolade@fulbright.com

**FLM/8:10-cv-02429 Notice will not be electronically mailed to:**

**KS/2:12-cv-02212 Notice has been electronically mailed to:**

Thomas N. Sterchi sterchi@bscr-law.com

James R Bartimus jb@bflawfirm.com

Derek H. Potts dpotts@potts-law.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, elizabeth.werner@tuckerellis.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Bryan E. Mouber mouber@bscr-law.com

**KS/2:12-cv-02212 Notice will not be electronically mailed to:**

Analytic Biosurgical Solutions
14 Rue de La Telematique
Saint Etienne, 42000
France

**MOW/4:12-cv-00467 Notice has been electronically mailed to:**

Scott A Love slove@triallawfirm.com, mmoreland@triallawfirm.com

Riley L Burnett, Jr rburnett@triallawfirm.com

Derek H. Potts dpotts@potts-law.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, elizabeth.werner@tuckerellis.com

Timothy L. Sifers tsifers@potts-law.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Bret A. Clark bclark@potts-law.com

W. Michael Moreland mmoreland@triallawfirm.com

Erin C. Luke eluke@fulbright.com

**MOW/4:12-cv-00467 Notice will not be electronically mailed to:**

Analytic Biosurgical Solutions
14 Rue de La Telematique
Saint Etienne, 42000
France

**PAE/2:12-cv-01919 Notice has been electronically mailed to:**

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, elizabeth.werner@tuckerellis.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

HOLLY W. GIBSON hgibson@blizzardlaw.com

DAVID J. KESSLER dkessler@fulbright.com

**PAE/2:12-cv-01919 Notice will not be electronically mailed to:**

**ILN/1:12-cv-03292 Notice has been electronically mailed to:**

Jennifer Jerit Johnson jjohnson@tresslerllp.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Si-Yong Yi syi@tresslerllp.com

Shannon Marie McNulty smm@cliffordlaw.com, nodonnell@cliffordlaw.com

Richard Francis Burke, Jr rfb@cliffordlaw.com

**ILN/1:12-cv-03292 Notice will not be electronically mailed to:**

**OKW/5:12-cv-00532 Notice has been electronically mailed to:**

Amy Sherry Fischer amyfischer@oklahomacounsel.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, elizabeth.werner@tuckerellis.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Mark R Mueller receptionist@muellerlaw.com, mark@voodoocowboy.com

Breanne Vandermeer breanne@muellerlaw.com, receptionist@muellerlaw.com

**OKW/5:12-cv-00532 Notice will not be electronically mailed to:**

Analytic Biosurgical Solutions
14 Rue de La Telematique
Saint Etienne, 42000
France

**ILN/1:12-cv-01829 Notice has been electronically mailed to:**

Jennifer Jerit Johnson jjohnson@tresslerllp.com

Scott A Love slove@triallawfirm.com, mmoreland@triallawfirm.com

Michael T Mullen mtm@episcopeltd.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,
elizabeth.werner@tuckerellis.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

W. Michael Moreland mmoreland@triallawfirm.com

Richard Joseph Schroeder schroeder@episcopeltd.com

Si-Yong Yi syi@tresslerllp.com

**ILN/1:12-cv-01829 Notice will not be electronically mailed to:**

Analytic Biosurgical Solutions
14 Rue de La Telematique
Saint Etienne, 42000
France

**MOW/4:12-cv-00465 Notice has been electronically mailed to:**

Scott A Love slove@triallawfirm.com, mmoreland@triallawfirm.com

Derek H. Potts dpotts@potts-law.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,
elizabeth.werner@tuckerellis.com

Timothy L. Sifers tsifers@potts-law.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Bret A. Clark bclark@potts-law.com

W. Michael Moreland mmoreland@triallawfirm.com

Erin C. Luke eluke@fulbright.com

**MOW/4:12-cv-00465 Notice will not be electronically mailed to:**

Analytic Biosurgical Solutions
14 Rue de La Telematique
Saint Etienne, 42000
France

**ILS/3:12-cv-00321 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, elizabeth.werner@tuckerellis.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Kevin J. Davidson kevin@zevandavidson.com

**ILS/3:12-cv-00321 Notice will not be electronically mailed to:**

Analytic Biosurgical Solutions
14 Rue de La Telematique
Saint Etienne, 42000
France

**FLM/8:12-cv-00061 Notice has been electronically mailed to:**

Henry E. Valenzuela henry@vallaw.com, lachilles@vallaw.com

Ronn B. Kreps rkreps@fulbright.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Olufemi O. Solade osolade@fulbright.com

David Christopher Banker dbanker@bushross.com

Joshua A. Mize joshua.mize@akerman.com

Paul M. Weekley mgreen@wsvlegal.com, pweekley@wsvlegal.com

Todd Rodney Stern tstern@vallaw.com

**FLM/8:12-cv-00061 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00466 Notice has been electronically mailed to:**

Scott A Love slove@triallawfirm.com, mmoreland@triallawfirm.com

Derek H. Potts dpotts@potts-law.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, elizabeth.werner@tuckerellis.com

Timothy L. Sifers tsifers@potts-law.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Bret A. Clark bclark@potts-law.com

W. Michael Moreland mmoreland@triallawfirm.com

Erin C. Luke eluke@fulbright.com

**MOW/4:12-cv-00466 Notice will not be electronically mailed to:**

Analytic Biosurgical Solutions
14 Rue de La Telematique
Saint Etienne, 42000
France

**FLM/8:11-cv-02377 Notice has been electronically mailed to:**

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com, elizabeth.werner@tuckerellis.com

David J. Walz dwalz@carltonfields.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Breanne Vandermeer breanne@muellerlaw.com, receptionist@muellerlaw.com

**FLM/8:11-cv-02377 Notice will not be electronically mailed to:**

Analytic Biosurgical Solutions

14 Rue de La Telematique
Saint Etienne, 42000
France

**MOE/4:12-cv-00698 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Dustin B. Rawlin dustin.rawlin@tuckerellis.com, Jacqueline.Cabral@tuckerellis.com,
elizabeth.werner@tuckerellis.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com

Kevin J. Davidson kevin@zevandavidson.com

Erin C. Luke eluke@fulbright.com

**MOE/4:12-cv-00698 Notice will not be electronically mailed to:**

Analytic Biosurgical Solutions
14 Rue de La Telematique
Saint Etienne, 42000
France

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/6/2012] [FileNumber=310205-0]
[
4cc75987761ffa6df4b05334955c726987743262ba4d2b22701036cd066301f9af610
1
ffb884d29ea5b5eefec0ea74eac0b2b1c27a050a06beaa0a412212f8cd]]