UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On August 6, 2012, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of August 6, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 21, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: COLOPLAST CORP. PELVIC SUPPORT
SYSTEMS PRODUCTS LIABILITY LITIGATION                    MDL No. 2387

### SCHEDULE CTO−1 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| KENTUCKY EASTERN | | | |
| KYE | 5 | 12−00211 | Wilson et al v. Coloplast Corporation et al |
| KYE | 5 | 12−00216 | Dotson et al v. Coloplast Corporation et al |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 12−01838 | Womack et al v. Coloplast Corporation et al |
| ~~LAE~~ | ~~2~~ | ~~12−01843~~ | ~~Darby v. Analytic Biosurgical Solutions et al~~ Opposed 8/20/12 |
| TENNESSEE WESTERN | | | |
| TNW | 2 | 12−02615 | Fletcher et al v. Analytic Biosurgical Solutions et al |
| TEXAS NORTHERN | | | |
| TXN | 3 | 12−02266 | Channell v. Coloplast Corporation et al |



Activity in Case MDL No. 2387 IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation CTO Final Minute Order  (Clerks)
**JPMLCMECF** to: JPMLCMDECF                                      08/21/2012 09:34 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 8/21/2012 at 9:33 AM EDT and filed on 8/21/2012

| | |
|---|---|
| **Case Name:** | IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation |
| **Case Number:** | MDL No. 2387 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 8/21/12. Please see pleading (5 in KYE/5:12-cv-00211, 5 in KYE/5:12-cv-00216, 6 in LAE/2:12-cv-01838, [46] in MDL No. 2387, 5 in TNW/2:12-cv-02615, 5 in TXN/3:12-cv-02266).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Dotson et al v. Coloplast Corporation et al |
| **Case Number:** | KYE/5:12-cv-00216 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 8/21/12. Please see pleading (5 in KYE/5:12-cv-00211, 5 in KYE/5:12-cv-00216, 6 in LAE/2:12-cv-01838, [46] in MDL No. 2387, 5 in TNW/2:12-cv-02615, 5 in TXN/3:12-cv-02266).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Womack et al v. Coloplast Corporation et al |
| **Case Number:** | LAE/2:12-cv-01838 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 8/21/12. Please see pleading (5 in KYE/5:12-cv-00211, 5 in KYE/5:12-cv-00216, 6 in LAE/2:12-cv-01838, [46] in MDL No. 2387, 5 in TNW/2:12-cv-02615, 5 in TXN/3:12-cv-02266).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Channell v. Coloplast Corporation et al |
| **Case Number:** | TXN/3:12-cv-02266 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 8/21/12. Please see pleading (5 in KYE/5:12-cv-00211, 5 in KYE/5:12-cv-00216, 6 in LAE/2:12-cv-01838, [46] in MDL No. 2387, 5 in TNW/2:12-cv-02615, 5 in TXN/3:12-cv-02266).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Wilson et al v. Coloplast Corporation et al |
| **Case Number:** | KYE/5:12-cv-00211 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 8/21/12. Please see pleading (5 in KYE/5:12-cv-00211, 5 in KYE/5:12-cv-00216, 6 in LAE/2:12-cv-01838, [46] in MDL No. 2387, 5 in TNW/2:12-cv-02615, 5 in TXN/3:12-cv-02266).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Fletcher et al v. Analytic Biosurgical Solutions et al |
| **Case Number:** | TNW/2:12-cv-02615 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-1) Finalized on 8/21/12. Please see pleading (5 in KYE/5:12-cv-00211, 5 in KYE/5:12-cv-00216, 6 in LAE/2:12-cv-01838, [46] in MDL No. 2387, 5 in TNW/2:12-cv-02615, 5 in TXN/3:12-cv-02266).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2387 IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF    to: JPMLCMDECF                                                  08/21/2012 09:33 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 8/21/2012 at 9:31 AM EDT and filed on 8/21/2012

| | |
|---|---|
| **Case Name:** | IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation |
| **Case Number:** | MDL No. 2387 |
| **Filer:** | |
| **Document Number:** | 46 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 5 action(s)** *re: pldg. (1 in KYE/5:12-cv-00211, 1 in KYE/5:12-cv-00216, 2 in LAE/2:12-cv-01838, [35] in MDL No. 2387, 1 in TNW/2:12-cv-02615, 1 in TXN/3:12-cv-02266)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Dotson et al v. Coloplast Corporation et al |
| **Case Number:** | KYE/5:12-cv-00216 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 5 action(s)** *re: pldg. (1 in KYE/5:12-cv-00211, 1 in KYE/5:12-cv-00216, 2 in LAE/2:12-cv-01838, [35] in MDL No. 2387, 1 in TNW/2:12-cv-02615, 1 in TXN/3:12-cv-02266)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Womack et al v. Coloplast Corporation et al |
| **Case Number:** | LAE/2:12-cv-01838 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 5 action(s)** *re: pldg. (1 in KYE/5:12-cv-00211, 1 in KYE/5:12-cv-00216, 2 in LAE/2:12-cv-01838, [35] in MDL No. 2387, 1 in TNW/2:12-cv-02615, 1 in TXN/3:12-cv-02266)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Channell v. Coloplast Corporation et al |
| **Case Number:** | TXN/3:12-cv-02266 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 5 action(s)** *re: pldg. (1 in KYE/5:12-cv-00211, 1 in KYE/5:12-cv-00216, 2 in LAE/2:12-cv-01838, [35] in MDL No. 2387, 1 in TNW/2:12-cv-02615, 1 in TXN/3:12-cv-02266)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Wilson et al v. Coloplast Corporation et al |
| **Case Number:** | KYE/5:12-cv-00211 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 5 action(s)** *re: pldg. (1 in KYE/5:12-cv-00211, 1 in KYE/5:12-cv-00216, 2 in LAE/2:12-cv-01838, [35] in MDL No. 2387, 1 in TNW/2:12-cv-02615, 1 in TXN/3:12-cv-02266)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

| | |
|---|---|
| **Case Name:** | Fletcher et al v. Analytic Biosurgical Solutions et al |
| **Case Number:** | TNW/2:12-cv-02615 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-1) - 5 action(s)** *re: pldg. (1 in KYE/5:12-cv-00211, 1 in KYE/5:12-cv-00216, 2 in LAE/2:12-cv-01838, [35] in MDL No. 2387, 1 in TNW/2:12-cv-02615, 1 in TXN/3:12-cv-02266)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/21/2012.**

**Associated Cases: MDL No. 2387, KYE/5:12-cv-00211, KYE/5:12-cv-00216, LAE/2:12-cv-01838, TNW/2:12-cv-02615, TXN/3:12-cv-02266 (trb)**

**MDL No. 2387 Notice has been electronically mailed to:**

**MDL No. 2387 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00216 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/5:12-cv-00216 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01838 Notice has been electronically mailed to:**

Timothy Allison Meche tim_meche@yahoo.com

**LAE/2:12-cv-01838 Notice will not be electronically mailed to:**

**TXN/3:12-cv-02266 Notice has been electronically mailed to:**

G. Sean Jez sean_jez@fleming-law.com

Kelly Gill kgill@mcmahonlawtx.com

**TXN/3:12-cv-02266 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00211 Notice has been electronically mailed to:**

George M Fleming george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Karl N Truman karltruman@trumanlaw.com

Karen H. Beyea-Schroeder karen_beyea-schroeder@fleming-law.com, alexander_torres@fleming-law.com

**KYE/5:12-cv-00211 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02615 Notice has been electronically mailed to:**

James R. Omer, Jr rusty@omerlaw.com

**TNW/2:12-cv-02615 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/21/2012]
[FileNumber=314486-0]
[61bcbc0d1f3e036f4beec17d66aef8991e65eacabd1ad3d8de672e097817ff6e09c44
ae9b19145afc0f0705cc64d334b9575cea96bab1c026d562ad56f88185e]]