# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: COLOPLAST CORP. PELVIC SUPPORT
SYSTEMS PRODUCTS LIABILITY LITIGATION**                    MDL No. 2387

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –2)

On August 6, 2012, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of August 6, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 24, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: COLOPLAST CORP. PELVIC SUPPORT
SYSTEMS PRODUCTS LIABILITY LITIGATION                    MDL No. 2387


SCHEDULE CTO–2 – TAG–ALONG ACTIONS


**DIST**   **DIV.**   **C.A.NO.**   **CASE CAPTION**


CALIFORNIA CENTRAL

   CAC     2     12–05985     Chastain Bickham v. Mentor Corporation et al

CALIFORNIA EASTERN

   CAE     1     12–00972     Webb, et al. v. Analytic Biosurgical Solutions, et al.

CALIFORNIA NORTHERN

   CAN     3     12–03620     Grant v. Coloplast, Inc.
   CAN     3     12–03625     Conley v. Coloplast, Inc.
   CAN     4     12–03623     James v. Coloplast, Inc.

FLORIDA SOUTHERN

   FLS     1     12–22835     DEL POZO et al v. Mentor Corporation et al

IDAHO

   ID      4     12–00395     Blackburn et al v. Coloplast Corporation et al

KANSAS

   KS      2     12–02441     Zalsman et al v. Analytic Biosurgical Solutions et al

LOUISIANA WESTERN

   LAW     3     12–01875     Watson et al v. Coloplast Corp et al
   LAW     5     12–01851     Waites et al v. Coloplast Corporation et al

MISSOURI WESTERN

   MOW     4     12–00808     Disney v. Coloplast A/S et al

TENNESSEE EASTERN

TNE        4        12–00046        Mears v. Coloplast Corporation et al



**Activity in Case MDL No. 2387 IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation CTO Final Minute Order (Clerks)**
JPMLCMECF   to: JPMLCMDECF                                      08/24/2012 08:15 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/24/2012 at 8:14 AM EDT and filed on 8/24/2012

| | |
|---|---|
| **Case Name:** | IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation |
| **Case Number:** | MDL No. 2387 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Watson et al v. Coloplast Corp et al |
| **Case Number:** | LAW/3:12-cv-01875 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Grant v. Coloplast, Inc. |
| **Case Number:** | CAN/3:12-cv-03620 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Chastain Bickham v. Mentor Corporation et al |
| **Case Number:** | CAC/2:12-cv-05985 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.

Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)

| | |
|---|---|
| **Case Name:** | James v. Coloplast, Inc. |
| **Case Number:** | CAN/4:12-cv-03623 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Zalsman et al v. Analytic Biosurgical Solutions et al |
| **Case Number:** | KS/2:12-cv-02441 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Waites et al v. Coloplast Corporation et al |
| **Case Number:** | LAW/5:12-cv-01851 |
| **Filer:** | |

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.

Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)

**Case Name:** Blackburn et al v. Coloplast Corporation et al

**Case Number:** ID/4:12-cv-00395

**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL

No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.

Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)

| | |
|---|---|
| **Case Name:** | Webb, et al. v. Analytic Biosurgical Solutions, et al. |
| **Case Number:** | CAE/1:12-cv-00972 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.

Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)

| | |
|---|---|
| **Case Name:** | Conley v. Coloplast, Inc. |
| **Case Number:** | CAN/3:12-cv-03625 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.

Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)

| | |
|---|---|
| **Case Name:** | Disney v. Coloplast A/S et al |
| **Case Number:** | MOW/4:12-cv-00808 |
| **Filer:** | |

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.

Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)

**Case Name:**   DEL POZO et al v. Mentor Corporation et al

**Case Number:**   FLS/1:12-cv-22835

**Filer:**

**Document Number:**   No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL

No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.

Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)

| | |
|---|---|
| **Case Name:** | Mears v. Coloplast Corporation et al |
| **Case Number:** | TNE/4:12-cv-00046 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-2) Finalized on 8/24/2012. Please see pleading (3 in CAC/2:12-cv-05985, 3 in CAE/1:12-cv-00972, 3 in CAN/3:12-cv-03620, 3 in CAN/3:12-cv-03625, 3 in CAN/4:12-cv-03623, 3 in FLS/1:12-cv-22835, 3 in ID/4:12-cv-00395, 3 in KS/2:12-cv-02441, 3 in LAW/3:12-cv-01875, 3 in LAW/5:12-cv-01851, [50] in MDL No. 2387, 3 in MOW/4:12-cv-00808, 3 in TNE/4:12-cv-00046).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

**No public notice (electronic or otherwise) sent because the entry is private**



**Activity in Case MDL No. 2387 IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation Conditional Transfer Order Finalized**
JPMLCMECF  to:  JPMLCMDECF                                      08/24/2012 08:11 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 8/24/2012 at 8:09 AM EDT and filed on 8/24/2012

| | |
|---|---|
| **Case Name:** | IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation |
| **Case Number:** | MDL No. 2387 |
| **Filer:** | |
| **Document Number:** | 50 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s) *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

Watson et al v. Coloplast Corp et

**Case Name:** al

**Case Number:** LAW/3:12-cv-01875

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s)** *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

**Case Name:** Grant v. Coloplast, Inc.

**Case Number:** CAN/3:12-cv-03620

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s)** *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Chastain Bickham v. Mentor Corporation et al |
| **Case Number:** | CAC/2:12-cv-05985 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s)** *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | James v. Coloplast, Inc. |
| **Case Number:** | CAN/4:12-cv-03623 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s)** *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)*  **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Zalsman et al v. Analytic Biosurgical Solutions et al |
| **Case Number:** | KS/2:12-cv-02441 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s) *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Waites et al v. Coloplast Corporation et al |
| **Case Number:** | LAW/5:12-cv-01851 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s) *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851,**

**MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Blackburn et al v. Coloplast Corporation et al |
| **Case Number:** | ID/4:12-cv-00395 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s) *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Webb, et al. v. Analytic Biosurgical Solutions, et al. |
| **Case Number:** | CAE/1:12-cv-00972 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s) *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835,**

**ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Conley v. Coloplast, Inc. |
| **Case Number:** | CAN/3:12-cv-03625 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s)** *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Disney v. Coloplast A/S et al |
| **Case Number:** | MOW/4:12-cv-00808 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s)** *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972,**

**CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | DEL POZO et al v. Mentor Corporation et al |
| **Case Number:** | FLS/1:12-cv-22835 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s)** *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

| | |
|---|---|
| **Case Name:** | Mears v. Coloplast Corporation et al |
| **Case Number:** | TNE/4:12-cv-00046 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-2) - 12 action(s)** *re: pldg. (1 in CAC/2:12-cv-05985, 1 in CAE/1:12-cv-00972, 1 in CAN/3:12-cv-03620, 1 in CAN/3:12-cv-03625, 1 in CAN/4:12-cv-03623, 1 in FLS/1:12-cv-22835, 1 in ID/4:12-cv-00395, 1 in KS/2:12-cv-02441, 1 in LAW/3:12-cv-01875, 1 in LAW/5:12-cv-01851, [38] in MDL No. 2387, 1 in MOW/4:12-cv-00808, 1 in TNE/4:12-cv-00046)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/24/2012.**

**Associated Cases: MDL No. 2387, CAC/2:12-cv-05985, CAE/1:12-cv-00972, CAN/3:12-cv-03620, CAN/3:12-cv-03625, CAN/4:12-cv-03623, FLS/1:12-cv-22835, ID/4:12-cv-00395, KS/2:12-cv-02441, LAW/3:12-cv-01875, LAW/5:12-cv-01851, MOW/4:12-cv-00808, TNE/4:12-cv-00046 (trb)**

**MDL No. 2387 Notice has been electronically mailed to:**

**MDL No. 2387 Notice will not be electronically mailed to:**

**LAW/3:12-cv-01875 Notice has been electronically mailed to:**

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com, hkipp@fulbright.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com, riggron@gmail.com

**LAW/3:12-cv-01875 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03620 Notice has been electronically mailed to:**

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/3:12-cv-03620 Notice will not be electronically mailed to:**

**CAC/2:12-cv-05985 Notice has been electronically mailed to:**

Mark P Robinson, Jr mrobinson@rcrlaw.net, cbregman@rcrlaw.net, ctakanabe@rcrlaw.net, drobinson@rcrlaw.net, kbmenzies@rcrlaw.net, kpassey@rcrlaw.net, lmoen@rcrlaw.net

Karen Barth Menzies kbmenzies@rcrlaw.net

Daniel S. Robinson drobinson@rcrlaw.net

Shannon Marie Lukei slukei@rcrlaw.net

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com, hkipp@fulbright.com

Willard J. Moody, Jr will@moodyrrlaw.com

Amanda Robinson arobinson@rcrlaw.net

**CAC/2:12-cv-05985 Notice will not be electronically mailed to:**

**CAN/4:12-cv-03623 Notice has been electronically mailed to:**

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/4:12-cv-03623 Notice will not be electronically mailed to:**

**KS/2:12-cv-02441 Notice has been electronically mailed to:**

Brad D Honnold bhonnold@gohonlaw.com

Kirk J Goza kgoza@gohonlaw.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com, hkipp@fulbright.com

Kevin Chaffee kchaffee@gohonlaw.com

**KS/2:12-cv-02441 Notice will not be electronically mailed to:**

**LAW/5:12-cv-01851 Notice has been electronically mailed to:**

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com, hkipp@fulbright.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com, riggron@gmail.com

**LAW/5:12-cv-01851 Notice will not be electronically mailed to:**

**ID/4:12-cv-00395 Notice has been electronically mailed to:**

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com, hkipp@fulbright.com

Rhome D. Zabriskie rhomelawyer@yahoo.com

**ID/4:12-cv-00395 Notice will not be electronically mailed to:**

**CAE/1:12-cv-00972 Notice has been electronically mailed to:**

Karen Barth Menzies kbmenzies@rcrsd.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com, hkipp@fulbright.com

Joshua J Wes joshua.wes@tuckerellis.com

**CAE/1:12-cv-00972 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03625 Notice has been electronically mailed to:**

WILLIAM A. LEVIN wlevin@levinsimes.com

Rachel Beth Abrams rabrams@levinsimes.com

Laurel Lisa Simes llsimes@levinsimes.com, lls@lskg-law.com

**CAN/3:12-cv-03625 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00808 Notice has been electronically mailed to:**

Derek H. Potts dpotts@potts-law.com

Timothy L. Sifers tsifers@potts-law.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com, hkipp@fulbright.com

Patricia L Campbell pcampbell@potts-law.com

**MOW/4:12-cv-00808 Notice will not be electronically mailed to:**

**FLS/1:12-cv-22835 Notice has been electronically mailed to:**

Sean Michael Cleary sean@clearypa.com

David J. Walz dwalz@carltonfields.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com, hkipp@fulbright.com

**FLS/1:12-cv-22835 Notice will not be electronically mailed to:**

**TNE/4:12-cv-00046 Notice has been electronically mailed to:**

J. Gerard Stranch, IV gstranch@branstetterlaw.com, lisac@branstetterlaw.com, lisam@branstetterlaw.com, pattim@branstetterlaw.com, sbryant@branstetterlaw.com

Lana K. Varney lvarney@fulbright.com, agrigg@fulbright.com, hkipp@fulbright.com

**TNE/4:12-cv-00046 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=8/24/2012]
[FileNumber=315811-0]
[baab5d4160c3f13666bad47fe6b173954cca363c1d30494563feeff774df626479da
1
d3e0c0c4e9af691a1cd50fa40a4b5368c4e2f38bbbaeace44299af18e9b]]