IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Coloplast Corp.,*
*Pelvic Support System Products Liability Litigation*
*MDL No. 2387*

Civil Action No. _____

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2387 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

2. Plaintiff Spouse

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

4. State of Residence

5. District Court and Division in which venue would be proper absent direct filing

6. Defendants (Check Defendants against whom Complaint is made):

   ☐   A. Analytic Biosurgical Solutions ("ABISS")

☐     B.  Mentor Worldwide LLC

☐     C.  Coloplast A/S

☐     D.  Coloplast Corp.

☐     E.  Coloplast Manufacturing US, LLC

☐     F.  Porges S.A.

☐     G.  American Medical Systems, Inc. ("AMS")

☐     H.  American Medical Systems Holdings, Inc. ("AMS Holdings")

☐     I.  Endo Pharmaceuticals, Inc.

☐     J.  Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐     K.  Johnson & Johnson

☐     L.  Boston Scientific Corporation

☐     M.  C. R. Bard, Inc. ("Bard")

☐     N.  Sofradim Production SAS ("Sofradim")

☐     O.  Tissue Science Laboratories Limited ("TSL")

7. Basis of Jurisdiction

☐     Diversity of Citizenship

☐     Other:_____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

_____

_____

_____

B. Other allegations of jurisdiction and venue

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [ ] A. T-Sling-Universal Polypropylene Sling;
- [ ] B. Aris-Transobturator Sling System;
- [ ] C. Supris-Suprapubic Sling System;
- [ ] D. Novasilk-Synthetic Flat Mesh;
- [ ] E. Suspend-Tutoplast Processed Fascia Lata;
- [ ] F. Exair-Prolapse Repair System;
- [ ] G. Axis-Tutoplast Processed Dermis;
- [ ] H. Restorelle;
- [ ] I. Smartmesh;
- [ ] J. Omnisure;
- [ ] K. Minitape;
- [ ] L. Coloplast Mesh Product(s), specific product name(s) unknown at present;
- [ ] M. Non-Coloplast Mesh Product(s) known as _____; and/or
- [ ] N. Other: _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- [ ] A. T-Sling-Universal Polypropylene Sling;
- [ ] B. Aris-Transobturator Sling System;

3

- [ ] C. Supris-Suprapubic Sling System;
- [ ] D. Novasilk-Synthetic Flat Mesh;
- [ ] E. Suspend-Tutoplast Processed Fascia Lata;
- [ ] F. Exair-Prolapse Repair System;
- [ ] G. Axis-Tutoplast Processed Dermis;
- [ ] H. Restorelle;
- [ ] I. Smartmesh;
- [ ] J. Omnisure;
- [ ] K. Minitape;
- [ ] L. Coloplast Mesh Product(s), specific product name(s) unknown at present;
- [ ] M. Non-Coloplast Mesh Product(s) known as _____
- [ ] N. Other: _____

10. Date of Implantation as to Each Product

11. Hospital(s) where Plaintiff was implanted (including City and State)

12. Implanting Surgeon(s)

13. Counts in the Master Complaint brought by Plaintiff(s)

- [ ] Count I - Negligence

4

☐ Count II - Strict Liability – Design Defect

☐ Count III - Strict Liability – Manufacturing Defect

☐ Count IV - Strict Liability – Failure to Warn

☐ Count V -  Strict Liability – Defective Product

☐ Count VI - Breach of Express Warranty

☐ Count VII - Breach of Implied Warranty

☐ Count VIII - Fraudulent Concealment

☐ Count IX - Constructive Fraud

☐ Count X - Discovery Rule, Tolling and Fraudulent Concealment

☐ Count XI - Negligent Misrepresentation

☐ Count XII - Negligent Infliction of Emotional Distress

☐ Count XIII - Violation of Consumer Protection Laws

☐ Count XIV - Gross Negligence

☐ Count XV - Unjust Enrichment

☐ Count XVI - (By the Spouse) – Loss of Consortium

☐ Count XVII - Punitive Damages

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____
_____
_____

| | |
|---|---|
| | Attorneys for Plaintiff |
| Address and bar information: | |