IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  COLOPLAST CORP. PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL No. 2387

_____

THIS DOCUMENT RELATES TO ALL CASES

### CROSS-NOTICE OF VIDEO DEPOSITION OF DANIEL J. CHRISTENSEN

TO:  ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of DANIEL J. CHRISTENSEN will be taken jointly in connection with *In Re American Medical Systems, Inc. Pelvic Repair System Products Liability Litigation*, MDL No. 2325, upon oral examination on January 23, 2014 at 10:00 a.m. CST, at a mutually agreeable location in Austin, Texas to be determined.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure and the procedures set forth *In Re: Coloplast Corp. Pelvic Support Systems Products Liability Litigation*, MDL No. 2387, Defendant Mentor Worldwide LLC hereby cross-notices this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action.  Defendant Mentor Worldwide LLC further states that this deposition shall be conducted in accordance with and subject to the Protective Orders entered in *In Re American Medical Systems, Inc. Pelvic Repair System Products Liability Litigation*, MDL No. 2325 and *In Re: Coloplast Corp. Pelvic Support Systems Products Liability Litigation*, MDL No. 2387.

This deposition will be taken before a person authorized by law to administer oaths and video-taped.

Dated:  January 9, 2014                              Respectfully submitted,


                                              *s/ Dustin B. Rawlin*

Dustin B. Rawlin
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  (216) 592-5000
Facsimile:  (216) 592-5009
dustin.rawlin@tuckerellis.com

*Counsel for Defendant Mentor Worldwide LLC*

IN RE:  COLOPLAST CORP. PELVIC SUPPORT
SYSTEMS PRODUCTS LIABILITY LITIGATION               MDL NO. 2387

## CERTIFICATE OF SERVICE

A copy of the foregoing filing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/ Dustin B. Rawlin*
Attorney for Defendant
Mentor Worldwide LLC