**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: COLOPLAST CORP.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2387
-------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES IDENTIFIED IN EXHIBIT A

**PRETRIAL ORDER # 139**
**(Order re: Scheduling Mandatory Settlement Conference for**
**Certain Remaining Plaintiffs in Coloplast MDL)**

For reasons appearing to the court, it is **ORDERED** as follows:

1. Counsel for all plaintiffs identified in the attached Exhibit A, who have alleged claims against Coloplast Corporation, RTI Biologics and/or Mentor Worldwide LLC ("Coloplast") and whose cases have not been resolved (i.e. dismissed with or without prejudice, placed on an inactive docket, or notice of settlement filed with the court), and are not subject to an agreement in principle to resolve, are directed to meet and confer with King & Spalding, Tucker Ellis and/or Ledy Gurren Bass D'Avanzo & Siff, LLP,[1] settlement counsel for Coloplast, on or before **November 2, 2018**, and to engage in good faith discussions about the possibility of settlement. Counsel may also contact Mr. Riley Burnett or Mr. Robert Salim, coleads of the Coloplast MDL, or Ms. Karen Beyea-

---

[1] Lana Varney is counsel at King & Spalding on behalf of Coloplast and may be reached at: (512)457-2060 or LVarney@KSLAW.com.  Dustin Rawlin and Jonathan Feczko are counsel at Tucker Ellis on behalf of Mentor. Mr. Rawlin may be reached at (216)696-4235 or drawlin@tuckerellis.com. Mr. Feczko may be reached at (216)696-3161 or jfeczko@tuckerellis.com. Nancy Ledy-Gurren and Joe D'Avanzo are counsel at Ledy Gurren Bass D'Avanzo & Siff LLP on behalf of RTI Biologics. Ms. Ledy-Gurren may be reached at (212)447-1111 or nledygurren@lgb-law.com. Mr. D'Avanzo may be reached at (914)205-3884 or jdavanzo@lgb-law.com.

Schroeder, counsel working with Mr. Burnett, regarding coordination of settlement discussions with Coloplast.[2]

2. Ms. Beyea-Schroeder and King & Spalding are directed to provide a joint written report to the court via email on **November 7, 2018**, identifying which cases remaining on Exhibit A, if any, have not been resolved or dismissed.

3. On or shortly after **November 12, 2018**, the court will enter an order identifying the cases where a settlement conference will be conducted because the case was not resolved or dismissed. That order will identify on which of the following dates the parties in each case must appear for the settlement conference: **December 4 and 5, 2018 or such other date as set by the court**.  Each day, the settlement conferences will begin at 9:00 a.m. in Charleston, West Virginia at the Robert C. Byrd United States Courthouse (Room number will be provided in the order).  Settlement conferences will continue in each case from day-to-day and parties should come prepared for evening work.

4. Individual plaintiffs whose cases are scheduled for a settlement conference shall appear in person for the settlement conference along with counsel of record.

5. Any plaintiff who fails to comply with this PTO may be subject to a substantial sanction, including dismissal with prejudice.

6. Cases not settled during the settlement conference will be dealt with by further order.

The Court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2387 and in the

---

[2] Mr. Burnett may be reached at (281) 413-0457 or (281)413-0457 or rburnett@rburnettlaw.com.  Ms. Beyea-Schroeder may be reached at (832) 413-4413, (832) 585-9829 or karen.schroeder@rburnettlaw.com. Mr. Salim may be reached at (318) 663-5998 or skeeter@salim-beasley.com.

cases listed on Exhibit A. The orders may be accessed through the CM/ECF system or the

Court's website at www.wvsd.uscourts.gov.

ENTER: September 13, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| Count | Civil Action No. | Case Name |
|---|---|---|
| 1 | 2:12-cv-04230 | Gustafson et al v. Mentor Worldwide LLC et al |
| 2 | 2:13-cv-01858 | Perretta et al v. Mentor Worldwide LLC et al |
| 3 | 2:13-cv-01902 | Arevalo v. Mentor Worldwide LLC et al |
| 4 | 2:13-cv-02226 | Brickey v. Mentor Worldwide LLC et al |
| 5 | 2:13-cv-02290 | Wehmeyer et al v. Mentor Worldwide LLC |
| 6 | 2:13-cv-02541 | Manriquez v. Mentor Worldwide LLC et al |
| 7 | 2:13-cv-02853 | Rials v. Mentor Worldwide LLC et al |
| 8 | 2:13-cv-05406 | Besaw v. Mentor Worldwide LLC |
| 9 | 2:13-cv-05894 | Stanley et al v. Mentor Worldwide LLC et al |
| 10 | 2:13-cv-07125 | Little v. Mentor Worldwide LLC |
| 11 | 2:13-cv-08518 | Eaton et al v. Mentor Worldwide LLC et al |
| 12 | 2:13-cv-09902 | Didomenico v. Mentor Worldwide  LLC et al |
| 13 | 2:13-cv-09907 | Hook v. Mentor Worldwide  LLC et al |
| 14 | 2:13-cv-09911 | Miller v. Mentor Worldwide LLC et al |
| 15 | 2:13-cv-09913 | Murphy v. Mentor Worldwide  LLC et al |
| 16 | 2:13-cv-09917 | Savenelli v. Mentor Worldwide  LLC et al |
| 17 | 2:13-cv-09919 | Shoemaker v. Mentor Worldwide  LLC et al |
| 18 | 2:13-cv-09926 | Thompson v. Coloplast Corp. et al |
| 19 | 2:13-cv-10893 | Hayworth et al v. Mentor Worldwide LLC et al |
| 20 | 2:13-cv-11094 | Foster et al v. Mentor Worldwide LLC et al |
| 21 | 2:13-cv-11288 | Yarbrough et al v. Mentor Worldwide LLC et al |
| 22 | 2:13-cv-11289 | Yarbrough v. Mentor Worldwide LLC et al |
| 23 | 2:13-cv-15065 | Smith v. Coloplast Corp. |
| 24 | 2:13-cv-20495 | Doyle et al v. Mentor Worldwide LLC |
| 25 | 2:13-cv-20647 | Perez et al v. Mentor Worldwide LLC et al |
| 26 | 2:13-cv-23238 | Morsea et al v. Coloplast Corp. |
| 27 | 2:13-cv-30680 | Williams v. Mentor Worldwide LLC |
| 28 | 2:14-cv-15373 | Garcia v. Coloplast Corp. |
| 29 | 2:14-cv-18097 | Liszka et al v. Coloplast Corp. |
| 30 | 2:14-cv-25814 | Babin et al v. Coloplast Corp. |
| 31 | 2:14-cv-25973 | Redding v. Coloplast Corp. |
| 32 | 2:15-cv-01733 | Herrera v. Coloplast Corp. |
| 33 | 2:15-cv-03975 | Bate et al v. Coloplast Corp. |
| 34 | 2:15-cv-13643 | Vigil et al v. Coloplast Corp. |
| 35 | 2:15-cv-14353 | Hammock et al v. Mentor Worldwide LLC et al |
| 36 | 2:16-cv-00871 | Godreau-Rivera et al v. Coloplast Corp. |
| 37 | 2:16-cv-06430 | Bridget v. Coloplast Corp. et al |
| 38 | 2:16-cv-06586 | Corley v. Coloplast Corp. |
| 39 | 2:16-cv-06588 | Moore v. Coloplast Corp. |
| 40 | 2:16-cv-10031 | Morrison et al v. Coloplast Corp. |
| 41 | 2:17-cv-00482 | Stevens v. Coloplast Corp. |
| 42 | 2:17-cv-02126 | Davis v. Coloplast Corp. |
| 43 | 2:17-cv-02325 | Whitehurst v. Mentor Worldwide LLC et al |
| 44 | 2:17-cv-02628 | Kinnard et al v. Coloplast Corp. |

**EXHIBIT A**

| Count | Civil Action No. | Case Name |
|---|---|---|
| 45 | 2:17-cv-02905 | Cook v. Mentor Worldwide LLC et al |
| 46 | 2:13-cv-08942 | Riggs v. Mentor Worldwide LLC et al |
| 47 | 2:13-cv-14462 | Smith v. Mentor Worldwide LLC et al |
| 48 | 2:13-cv-15938 | Franciscus v. Mentor Worldwide LLC et al |
| 49 | 2:13-cv-16845 | Lower et al v. Mentor Worldwide LLC et al |
| 50 | 2:13-cv-19499 | Moore et al v. Mentor Worldwide LLC et al |
| 51 | 2:13-cv-19951 | Coffman et al v. Mentor Worldwide LLC et al |
| 52 | 2:13-cv-24332 | Hoffman v. Mentor Worldwide LLC et al |
| 53 | 2:14-cv-11322 | Kumar v. Coloplast Corp. |
| 54 | 2:15-cv-00777 | Cain v. Mentor Worldwide LLC et al |
| 55 | 2:15-cv-04513 | Cooper v. Coloplast Corp. |
| 56 | 2:15-cv-14559 | Simpkins v. Coloplast Corp. |
| 57 | 2:13-cv-20222 | Goss v. Mentor Worldwide LLC et al |
| 58 | 2:13-cv-20510 | Tridente et al v. Mentor Worldwide LLC et al |
| 59 | 2:13-cv-27453 | Olier v. Coloplast Corp. |
| 60 | 2:13-cv-28995 | Crawley-Kelsey v. Mentor Worldwide LLC et al |
| 61 | 2:14-cv-03880 | Lint v. Mentor Worldwide LLC et al |
| 62 | 2:14-cv-10749 | Russ v. Coloplast Corp. |
| 63 | 2:14-cv-13132 | Sanchez v. Mentor Worldwide LLC et al |
| 64 | 2:14-cv-14127 | Evans et al v. Coloplast Corp. |
| 65 | 2:14-cv-14277 | Kluever et al v. Mentor Worldwide LLC et al |
| 66 | 2:14-cv-16763 | Ramey et al v. Coloplast Corp. |
| 67 | 2:14-cv-27484 | Sparks et al v. Coloplast Corp. |
| 68 | 2:15-cv-11627 | Woods et al v. Coloplast Corp. |
| 69 | 2:16-cv-04964 | Wujnovich et al v. Coloplast Corp. |