# Exhibit 1

# LIST OF CASES

This Motion to Exclude applies to all cases in the *In re: Coloplast Corp. Pelvic Support Systems Products Liability Litigation*, Waves 5, 6, and 7 (2:12-md-02387), including specifically:

| CASE NAME | CIVIL ACTION NO. |
|---|---|
| *Denise Jacobs, et al. v. Mentor Corporation, et al.* | 2:12-cv-04219 |
| *Kathleen Perretta, et al. v. Mentor Corporation, et al.* | 2:13-cv-01858 |
| *Michelle Arevalo v. Coloplast Corp.* | 2:13-cv-01902 |
| *Carol Decelles v. Mentor Worldwide LLC, et al.* | 2:13-cv-20373 |
| *Blanca Perez, et al. v. Mentor Worldwide LLC, et al.* | 2:13-cv-20647 |
| *Ada Evans, et al. v. Coloplast Corporation* | 2:14-cv-14127 |
| *Dorothy Garcia v. Coloplast Corp.* | 2:14-cv-15373 |
| *Virginia Redding v. Coloplast Corp.* | 2:14-cv-25973 |
| *Sheatina Sparks, et al. v. Coloplast Corp.* | 2:14-cv-27484 |
| *SueAnne Sweatman, et al. Coloplast Corp.* | 2:15-cv-12673 |
| *Belinda Vigil, et al. v. Coloplast Corp.* | 2:15-cv-13643 |
| *Rowena Marie Hammock, et al. v. Coloplast Corp., et al.* | 2:15-cv-14353 |
| *Rosario Godreau-Rivera, et al. v. Coloplast Corp.* | 2:16-cv-00871 |
| *Nidia Teran v. Coloplast Corp.* | 2:16-cv-03099 |
| *Mysara Wujnovich, et al. v. Coloplast Corp.* | 2:16-cv-04964 |
| *Angela Moore v. Coloplast Corp.* | 2:16-cv-06588 |