# Exhibit 5

Bruce Rosenzweig, M.D.

```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                     CHARLESTON DIVISION

 4

 5   -------------------------------)

 6   IN RE:  COLOPLAST CORP.        )   Master File No.:

 7   PELVIC SUPPORT SYSTEMS         )   2:12-MD-02387

 8   PRODUCTS LIABILITY LITIGATION  )

 9   -------------------------------)   MDL No. 2387

10   THIS DOCUMENT RELATES TO:      )

11                                  )

12   ALL COLOPLAST WAVE 5, 6 AND 7  )

13   CASES                          )

14   -------------------------------)

15

16            The deposition of BRUCE ROSENZWEIG, M.D.,

17   called for examination, taken pursuant to the Federal

18   Rules of Civil Procedure of the United States District

19   Courts pertaining to the taking of depositions, taken

20   before JULIANA F. ZAJICEK, a Registered Professional

21   Reporter and a Certified Shorthand Reporter, at Suite

22   1650, 444 West Lake Street, Chicago, Illinois, on

23   May 2, 2019, at 8:00 a.m.

24
```

Bruce Rosenzweig, M.D.

```
 1   PRESENT:

 2   ON BEHALF OF THE PLAINTIFFS:

 3        WAGSTAFF & CARTMELL, LLP

 4        4740 Grand Avenue

 5        Kansas City, Missouri 64112

 6        816-701-1100

 7        BY:  THOMAS P. CARTMELL, ESQ.

 8             tcartmell@wcllp.com;

 9             NATE JONES, ESQ.

10             njones@wcllp.com

11

12   ON BEHALF OF THE DEFENDANT COLOPLAST CORP.:

13        KING & SPALDING LLP

14        500 West 2nd Street, Suite 1800

15        Austin, Texas 78701

16        512-457-2060

17        BY:  LANA K. VARNEY, ESQ.

18             lvarney@kslaw.com;

19             ASHLEY M. CROOKS, ESQ.

20             acrooks@kslaw.com

21

22

23

24   REPORTED BY:  JULIANA F. ZAJICEK, C.S.R. NO. 84-2604.
```

Bruce Rosenzweig, M.D.

```
 1   that the Plaintiffs provided to you?
 2        A.    I have -- there is no document from me
 3   that was in the custodial file, correct.
 4        Q.    Right.
 5              You've never received any of those
 6   documents that you've reviewed that you believe came
 7   from Coloplast's, as you call it, custodial file,
 8   correct?
 9        A.    I had never -- excuse me?
10        Q.    You had never received any of the internal
11   documents that were produced in this litigation by
12   Coloplast other than from the Plaintiffs' counsel,
13   correct?
14        A.    Correct.
15        Q.    Now, you've never talked to anybody who
16   wrote those documents that you read, correct?
17        A.    Not that I specifically recall.
18        Q.    And you have no personal knowledge as to
19   why -- why they wrote those documents, correct?
20        A.    I have knowledge of what the document
21   states and --
22        Q.    And that's not why it was written, was it?
23              My question was:  You have no personal
24   knowledge as to why any Coloplast employee wrote the
```

Bruce Rosenzweig, M.D.

```
 1   documents that you have read?
 2        A.    Besides what's in the document.
 3        Q.    Right.  You've just read the document,
 4   right?
 5        A.    Correct.
 6        Q.    Yeah.
 7              The jury, men and women of the jury can
 8   read the document, correct?
 9        A.    Correct.
10        Q.    And the jury -- I mean a judge could read
11   the document as you have done, correct?
12        A.    Correct.
13        Q.    Now, you do use Coloplast's catheters in
14   your regular practice, medical practice?
15        A.    We used to.  We are using more -- mostly
16   Bard catheters now.
17        Q.    Do you use Coloplast's ostomy bags?
18        A.    I do not think so.  We might have at one
19   point.
20        Q.    Do you use Coloplast's penile implants?
21        A.    No.  I am not a urologist.
22        Q.    Do you use any of Coloplast's wound care
23   products?
24        A.    We might have in the past.  I do not think
```