# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: COLOPLAST CORP.
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2387

**ORDER**
**(Order Closing MDL Case)**

The court **ORDERS** this main MDL case **CLOSED** and **STRICKEN** from the docket. All substantive matters have concluded in this MDL. No member cases remain. The court further **ORDERS** any motions now pending in the MDL are **DENIED.** This does not prevent the future filing of pleadings related to the Fee and Cost Committee.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2387.

ENTER: December 18, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE